# HANG & ASSOCIATES, PLLC

ATTORNEYS AT LAW
13620 38th Avenue, Suite 10G
Flushing, New York 11354

Shan Zhu, ESQ.
Tel : (718) 353-8588
Fax: (718) 353-6288
Email: szhu@hanglaw.com

May 16, 2022

<u>**Via ECF**</u>

Hon. Judge Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> *Liu v. Color Star Technology Co., Ltd*
> 1:22-cv-00590-BMC
> Letter status report

Dear Hon. Judge Cogan,

This firm represents the Plaintiff in the above-referenced matter. I am writing to report to the Court concerning our service via Hague Convention.

Hague Convention article 10

"Provided the State of destination does not object, the present Convention shall not interfere with

a) the freedom to send judicial documents, by postal channels, directly to persons abroad,"

attached hereto as Exhibit A please find a copy of the Hague Convention available at https://www.courts.ca.gov/partners/documents/ea_HagueService.pdf.

Cayman Island did not object to or otherwise made a reservation under Article 10. Attached hereto as Exhibit B is a copy of internet obtained evidence available at https://www.hcch.net/en/instruments/conventions/status-able/notifications/?csid=878&disp=resdn.

Service by mail [is] authorized by 10(a) so long as the receiving state has not objected to. *Water Splash Inc. v. Menon*, 137 S.Ct. 1504 (2017).

Defendant's Cayman Island address is unknown to Plaintiff.

The last known address of Defendant Color Star Technology Co., Ltd is 800 3rd Ave., New York, NY 10022.

Thus, Plaintiff plans to serve Defendant Color Star Technology Co., Ltd at 800 3rd Ave., New York, NY 10022 via USPS priority mail.

Shan Zhu, Esq.