UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Ning Liu a/k/a Summer Liu,

                Plaintiff,

- against -

Color Star Technology Co., Ltd;

                Defendant.

Case No. 1:22-cv-00590

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Ning Liu a/k/a Summer Liu hereby gives notice that the claims against Color Star Technology Co., Ltd in the above-referenced action are voluntarily dismissed, without prejudice.

| | |
|---|---|
| Dated: Flushing, New York<br>July 16, 2022 | HANG & ASSOCIATES, PLLC.<br><br>*/s/ Jian Hang*<br>Jian Hang, Esq<br>136-20 38th Ave., Suite 10G<br>Flushing, New York 11354<br>Tel: 718.353.8588<br>Fax: 718.353.6288<br>jhang@hanglaw.com<br>*Attorneys for Plaintiff* |